# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MEHERET G. BERHE,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cv-01563-LDG-PAL<br><br>**ORDER** |

This matter is before the court on Defendant's failure to file and serve a signed statement as required in Order (Dkt. #4) entered August 30, 2013, regarding removal of this case to federal district court. Accordingly,

**IT IS ORDERED** counsel for the defendant(s) shall, no later than **4:00 p.m., October 10, 2013,** file and serve a signed statement under the case and caption that sets forth the following information:

1. The date(s) on which you were served with a copy of the complaint in the removed action.
2. The date(s) on which you were served with a copy of the summons.
3. In removals based on diversity jurisdiction, the names of any served defendants who are citizens of Nevada, the citizenship of the other parties and a summary of defendant's evidence of the amount in controversy.
4. If your notice of removal was filed more than thirty (30) days after you first received a copy of the summons and complaint, the reason removal has taken place at this time and the date you first received a paper identifying the basis for removal.
5. In actions removed on the basis of the court's jurisdiction in which the action in state

|   |   |   |
|---|---|---|
| 1 | | court was commenced more than one year before the date of removal, the reasons this |
| 2 | | action should not summarily be remanded to the state court. |
| 3 | 6. | The name(s) of any defendant(s) known to have been served before you filed the notice |
| 4 | | of removal who did not formally join in the notice of removal and the reasons they did |
| 5 | | not. |

Dated this 26th day of September, 2013.

_____
Peggy A. Leen
United States Magistrate Judge