# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

    Plaintiff,

v.

MEHERET G. BERHE,

    Defendant.

Case No. 2:13-cv-01563-LDG (PAL)

**ORDER**

    Defendant Meheret Berhe removed this action from the Las Vegas Justice Court, asserting that the defendant is a citizen of Nevada, and that the value of the property in dispute is in excess of $100,000. The plaintiff, Federal National Mortgage Association, moves to remand (#10). Berhe opposes the motion (#11).

    The complaint does not allege a federal question. As the action was brought in Nevada and Berhe is a citizen of Nevada, Berhe could not remove this action based on diversity of citizenship. *See* Fed. R. Civ. Proc. 1441(b)(2). Accordingly,

    THE COURT **ORDERS** that Plaintiff Federal National Mortgage Association's Motion to Remand (#10) is GRANTED;

1     THE COURT **ORDERS** that this matter is REMANDED to the Las Vegas Justice
2 Court in which it was originally filed.

4   DATED this \_\_\_8\_\_\_ day of April, 2014.

                                          Lloyd D. George
                                          United States District Judge